UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SEYBOLD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HYATT CORPORATION dba CARMEL VALLEY RANCH, <br><br> Defendant. | Case No.  26-cv-02103-SVK <br><br> **CASE MANAGEMENT ORDER** <br><br> Re: Dkt. Nos. 14, 17 |

On June 9, 2026, the Court held an initial case management conference in this action.  As discussed with the Parties, the Court has considered the case management statements and proposed schedule submitted by the Parties.  Dkts. 14, 17.  The Court hereby **ENTERS** the following schedule through class certification proceedings.

| Scheduled Event | Date |
|---|---|
| Submission of stipulated protective order and ESI order[1] | June 23, 2026 |
| Defendant's deadline to file a motion to compel arbitration | July 10, 2026 <br><br> Opposition due July 24, 2026 <br> Reply due July 31, 2026 <br> Motion hearing to be set for August 18, 2026 |
| Completion of pre-certification fact discovery | March 12, 2027 |
| Motion for class certification due | April 13, 2027 |

[1] If the Parties cannot agree on a provision, they shall follow the procedures for submitting a disputed order contained in the Court's Standing Order (https://cand.uscourts.gov/sites/default/files/standing-orders/SvK-Civil_and_DiscoveryReferralMatters_StandingOrder-2-2026.pdf).

| Opposition to class certification due | May 18, 2027 |
|---|---|
| Deadline to complete ADR | May 31, 2027 |
| Reply re class certification due | June 22, 2027 |
| Class certification hearing | July 13, 2027 |
| Further joint case management statement due | 10 days after completion of mediation |
| Further case management conference | Set for the Court's next available CMC day |

With regard to the Parties' ADR deadline, the Parties are referred to private mediation. The Parties are to select a private mediator promptly.

**SO ORDERED.**

Dated: June 9, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

2