Ryan A. Quadrel (State Bar No. 308311)
rquadrel@blackstonepc.com
Joseph O. Marshall (State Bar No. 354066)
jmarshall@blackstonepc.com
**BLACKSTONE LAW, APC**
8383 Wilshire Boulevard, Suite 745
Beverly Hills, California 90211
Tel: (310) 622-4278/ Fax: (855) 786-6356

*Attorneys for* Plaintiffs CHRISTOPHER SEYBOLD, ALEXA VILLAFRANCA, MAMELLO MALETE, EDUARDO CRUZ, and CHRISTOPHER MATA, individually, and on behalf of other similarly situated employees

**Additional Counsel Listed on Following Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER SEYBOLD; ALEXA VILLAFRANCA; MAMELLO MALETE; EDUARDO CRUZ; and CHRISTOPHER MATA, individually, and on behalfof other similarly situated employees,<br><br>Plaintiffs,<br><br>vs.<br><br>HYATT CORPORATION dba CARMEL VALLEY RANCH; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 5:26-cv-02103-SVK<br><br>*Assigned to Hon. Susan van Keulen Courtroom 6, 4th Floor*<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND FOR DEFENDANT TO FILE ITS REPLY**<br><br>Action Filed: October 16, 2025<br>FAC Filed: March 2, 2026<br>Removal Date: March 11, 2026<br>Trial Date: Not Set |

SEYFARTH SHAW LLP
Brian P. Long (State Bar No. 232746)
BPLong@seyfarth.com
Richard Mojica (State Bar No. 327078)
rmojica@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Tel: 213-270-9600
Fax: 213-270-9601

SEYFARTH SHAW LLP
Michael Afar (State Bar No. 298990)
MAfar@seyfarth.com

2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Tel: 310-277-7200
Fax: 310-201-5219

*Attorneys for* Defendant
HYATT CORPORATION dba CARMEL VALLEY RANCH

Plaintiffs Christopher Seybold, Alexa Villafranca, Mamello Malete, Eduardo Cruz, and Christopher Mata (collectively, "Plaintiffs"), and Defendant Hyatt Corporation dba Carmel Valley Ranch ("Defendant") (together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. WHEREAS, on July 10, 2026, Defendant filed its Motion to Compel Arbitration (Dkt. 22), together with the supporting Declaration of Rosie Buenrostro (Dkt. 22-1) and a Request for Judicial Notice (Dkt. 23), and noticed the Motion for hearing on August 18, 2026;

2. WHEREAS, under Civil Local Rule 7-3, Plaintiffs' opposition to the Motion is presently due July 24, 2026, and Defendant's reply is presently due July 31, 2026;

3. WHEREAS, the Motion seeks to compel four separate plaintiffs to arbitration across two distinct generations of arbitration agreement, seeks dismissal of the class claims, and is supported by a thirty-page declaration and multiple exhibits, and Plaintiffs require additional time to prepare their opposition, including time to obtain and prepare declarations from multiple plaintiff-clients concerning the circumstances under which the agreements were presented and executed;

4. WHEREAS, Plaintiffs' counsel responsible for preparing the opposition has a previously scheduled medical procedure on July 23, 2026, the day before the current opposition deadline, and will be unavailable for the remainder of that day;

5. WHEREAS, this action has been referred to private alternative dispute resolution, and a brief extension of the briefing schedule serves the interests of efficiency and the parties' ongoing settlement efforts;

6. WHEREAS, there have been no prior extensions of the opposition or reply deadlines on this Motion;

NOW, THEREFORE, the parties stipulate, and respectfully request that the Court order, as follows:

7. Plaintiffs' deadline to file their opposition is extended from July 24, 2026 to August 7, 2026; Defendant's deadline to file its reply is extended from July 31, 2026 to August 21, 2026; and the hearing on the Motion is continued from August 18, 2026 to September 1, 2026, or to a date thereafter convenient to the Court.

8. This stipulation is entered without waiver of, and with full reservation of, all rights, claims, defenses, and arguments of any party, including all arguments for and against the Motion.

IT IS SO STIPULATED.

DATED: July 20, 2026

BLACKSTONE LAW, APC

/s/ Ryan A. Quadrel

By: ______________________________

Ryan A. Quadrel
Joseph O. Marshall
Attorneys for Plaintiffs

DATED: July 20, 2026

SEYFARTH SHAW LLP

/s/ Michael Afar

By: ______________________________

Brian P. Long
Michael Afar
Richard B. Mojica
Attorneys for Defendant Hyatt Corporation

Attestation (Civil L.R. 5-1(i)(3)): Pursuant to Civil Local Rule 5-1(i)(3), I, Ryan A. Quadrel, attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.

/s/ Ryan A. Quadrel

By: ______________________________ Ryan A. Quadrel

## DECLARATION OF COUNSEL IN SUPPORT OF STIPULATION
## (Civil L.R. 6-2(a))

I, Ryan A. Quadrel, declare as follows:

1. I am an attorney with Blackstone Law, APC, counsel of record for Plaintiffs, and I make this declaration in support of the accompanying stipulation to extend the briefing schedule on Defendant's Motion to Compel Arbitration. I have personal knowledge of the facts stated here and could and would competently testify to them if called.

2. Defendant filed its Motion to Compel Arbitration on July 10, 2026 and noticed it for hearing on August 18, 2026. Plaintiffs' opposition is presently due July 24, 2026 and Defendant's reply July 31, 2026.

3. The requested extension is necessary because the Motion seeks to compel four separate plaintiffs to arbitration under two distinct arbitration agreements and to dismiss the class claims. A complete opposition requires per-plaintiff analysis and declarations from multiple plaintiff-clients, which requires additional time to coordinate and prepare. In addition, counsel responsible for the opposition has a previously scheduled medical procedure on July 23, 2026 and will be unavailable the remainder of that day, immediately before the current deadline.

4. There have been no previous time modifications with respect to this Motion's briefing schedule.

5. The requested extension will have only the effect of a short continuance of the hearing on the Motion, and no effect on any other date set by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 20, 2026, at Brentwood, California.

/s/ Ryan A. Quadrel
______________________________ Ryan A. Quadrel

# ~~[PROPOSED]~~ ORDER

Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

Plaintiffs shall file their opposition on or before August 7, 2026; Defendant shall file its reply on or before August 21, 2026; and the hearing on the Motion is continued to September 1, 2026.

IT IS **SO ORDERED**.

DATED: July 21, 2026

Hon. Susan van Keulen
United States Magistrate Judge