# ~~[PROPOSED]~~ ORDER

Having considered the Parties' stipulation and the supporting declaration, and good cause appearing, IT IS HEREBY ORDERED that the Case Management Order (Dkt. 18) is modified as follows:

Pre-certification fact discovery shall be completed by September 13, 2027.

Plaintiff shall file any motion for class certification on or before October 13, 2027; Defendant shall file its opposition on or before November 17, 2027; and Plaintiff shall file any reply on or before December 22, 2027.

The hearing on the motion for class certification is set for January 11, 2028 at 10:00 a.m.

All other dates in the Case Management Order, including the May 31, 2027 deadline to complete private mediation, remain unchanged.

**IT IS SO ORDERED.**

DATED: November 12, 2026

Susan van Keulen

Hon. Susan van Keulen
United States Magistrate Judge